844

No. 188. JORDAN, SECRETARY OF STATE OF CALIFORNIA v. WEAVER ET AL. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Thomas C. Lynch,* Attorney General of California, *Edsel W. Haws* and *Brian R. Van Camp,* Deputy Attorneys General, and *Charles A. Barrett,* Assistant Attorney General, for petitioner. *Powell Pierpoint* for respondents. *Herman F. Selvin* for Fox West Coast Theatres Corp., as *amicus curiae,* in support of the petition. *Pierce Works* and *Warren M. Christopher* for International Telemeter Corp. as *amicus curiae,* in opposition to the petition.

No. 106. TURNEY v. ARKANSAS. Sup. Ct. Ark. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *James L. Sloan* for petitioner. *Bruce Bennett,* Attorney General of Arkansas, and *Russell J. Wools,* Chief Assistant Attorney General, for respondent.

No. 107. CHAMBERLAIN v. OHIO. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Stewart R. Jaffy* for petitioner. *Rex Larson* and *William F. McKee* for respondent.

No. 112. RICHARDSON v. UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition for writ of certiorari granted. Certiorari denied. *Albert Sidney Johnston, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.